Frederick Hess against Margaret Hess. No opinion. Order affirmed, with $10 costs and disbursements.

HOFMANN et al., Respondents, v. NESTEL et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Charles P. Hofmann and John M. Hofmann, as executors, etc., of Barbara Nestel, deceased, against Michael Nestel and others. No opinion. Motion denied, on condition that the appellants pay $10 costs within 10 days, perfect their appeal, place the case on the November calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 130 N. Y. Supp. 775.

HOHL v. KEITH & PROCTOR AMUSEMENT CO. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by William Hohl against the Keith & Proctor Amusement Company.

PER CURIAM. Exceptions overruled, and judgment directed for defendant, with costs.

HIRSCHBERG, J., dissents.

HOLBROOK, Appellant, v. KENNEDY, Respondent. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Francis R. Holbrook against Arthur Kennedy. T. F. Welsh, for appellant. J. T. Smith, for respondent. No opinion. Order affirmed, with costs. Order filed.

HOLLY, Appellant, v. COPELAND, Respondent. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by James K. Holly against Henry C. Copeland. C. L. Hoffman, for appellant. J. C. Harrison, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 139 App. Div. 906, 123 N. Y. Supp. 1121.

HOLMES, Respondent, v. HEMSTREET, Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Clara E. Holmes against Alfred Hemstreet.

PER CURIAM. Judgment and order reversed, on the ground that the verdict was against the weight of evidence, and new trial granted, with costs to appellant to abide event. See, also, 139 App. Div. 922, 124 N. Y. Supp. 1117.

SMITH, P. J., and BETTS, J., dissent.

HORN, Respondent, v. GERSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. October 20, 1911.) Action by Joseph Horn against Isaac Gerstein. Chas. Goldzier, for appellant. M. D. Stouer, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HORST v. OREGON R. & NAVIGATION CO. SAME v. SOUTHERN PAC. CO. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Actions by Paul R. G. Horst against the Oregon Railroad & Navigation Company, and against the Southern Pacific Company. J. A. Haughtwout, for appellants. M. Stearns, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

HOTCHKISS, Appellant, v. LEVI, Respondent. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Henry D. Hotchkiss, as trustee, against Barthold Levi. A. I. Elkus, for appellant. E. E. Wise, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 140 App. Div. 525, 125 N. Y. Supp. 462.

HOTEL HOLDING CO., Appellant, v. WETHERBEE & WOOD, Respondent. (Supreme Court, Appellate Division, First Department. November 3, 1911.) Action by the Hotel Holding Company against Wetherbee & Wood. P. B. Olney, for appellant. A. A. Wheat, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HUFF et al., Respondents, v. IMPERIAL STORAGE BATTERY CO., Appellants. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Thomas S. Huff and another against the Imperial Storage Battery Company. T. W. Churchill, for appellants. G. Glenn, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HUFMAN, Respondent, v. SHEA, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by William A. Hufman, Sr., against Daniel F. Shea. No opinion. Judgment affirmed, with costs.

In re HUGHES. (Supreme Court, Appellate Division, First Department. October 27, 1911.) In the matter of Frederick D. Hughes, deceased. No opinion. Application dismissed. See memorandum per curiam.

In re HUGHES. (Supreme Court, Appellate Division, First Department. November 10, 1911.) In the matter of Clara H. Hughes. No opinion. Motion denied, with $10 costs. Order filed. See, also, 130 N. Y. Supp. 1116.

In re HUGHES. (Supreme Court, Appellate Division, First Department. November 24, 1911.) In the matter of Frederick D. Hughes, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, supra.